1  JUSTIN X. WANG (CSB #166183)
   PEGGY A. SHIH   (CSB #197545)
2  **BAUGHMAN & WANG**
   111 Pine Street, Suite 1350
3  San Francisco, California 94111
   Telephone: (415) 576-9923
4  Facsimile: (415) 576-9929

5  Attorney for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9
   Zhi LI
10 Xiaoming ZHANG
                                          Case No. 05-3578 WHA
11                Plaintiffs,

12 vs.                                    **STIPULATION OF DISMISSAL**

13 *Michael Chertoff*, Secretary of the
   Department of Homeland Security;
14 *Robert Devine*, Director,
   U.S. Citizenship and Immigration Services;
15 *Christina Poulos*, Acting Director,
   California Service Center, U.S.C.I.S.;
16 *Robert S. Mueller*,
   Director of Federal Bureau of Investigation
17
                  Defendants.             "Immigration Case"
18

19

20    IT IS HEREBY STIPULATED by and between the parties to this action through their

21 designated counsel that the defendants have represented that the security check has been cleared

22 and the only remaining issue relating to plaintiffs' adjustment of status applications (Form I-485)

23 is the retrogression and current unavailability of visa numbers for plaintiffs' category, 2nd

24 preference employment-based visas for aliens from China. Defendants agree that once visa

25 numbers become available to plaintiffs, plaintiffs' adjustment of status applications will be

26 adjudicated within 60 days. Each party agrees to bear its own costs.

27    The parties stipulate that the above-captioned action be and hereby is dismissed without

28 prejudice pursuant to FRCP 41(a)(1).

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 17, 2005 | BAUGHMAN & WANG |
|   | _____ |
|   | Justin X. Wang, Esq. |
|   | Attorney for Plaintiffs |
|   |   |
| Dated: November 17, 2005 | KEVIN V. RYAN |
|   | United States Attorney |
|   | _____ |
|   | Ila C. Deiss |
|   | Assistant U.S. Attorney |
|   | Counsel for Defendant |

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: November 22, 2005

*IT IS SO ORDERED*
Judge William Alsup

---

Case No.: C05-3578 WHA
Stipulation of Dismissal

C:\Documents and Settings\tchiu\Local Settings\Temporary Internet Files\OLK63\dismissal.wpd